UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                   **ORDER**
                                    Criminal File No. 14-51 (MJD/TNL)

(1) JOSE DE JESUS SANCHEZ,

      Defendant.

Clifford B. Wardlaw, Assistant United States Attorney, Counsel for Plaintiff.

Daniel S. Le, Le Law Group, Counsel for Defendant.

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated July 21, 2014.  Defendant filed objections to the Report and Recommendation.

    Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Leung dated July 21, 2014.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Leung dated July 21, 2014 [Docket No. 46].

2. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 20] is **DENIED**.

3. Defendant's Motion to Suppress Eyewitness Identifications [Docket No. 21] is **DENIED**.

4. Defendant's Motion for Dismissal of Indictment [Docket No. 35] is **DENIED**.

Dated:  August 13, 2014         s/Michael J. Davis
                                Michael J. Davis
                                Chief Judge
                                United States District Court